UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 22-58327-BEM |
| ASSOCIATED ORAL SPECIALTIES | * | CHAPTER 11 |
|    Debtor | * | |
| _____ | * | |

### APPLICATION FOR AUTHORITY TO EMPLOY MILTON D. JONES AS DEBTOR'S BANKRUPTCY COUNSEL

COMES NOW, Associated Oral Specialties, Inc. (the "Applicant"), and hereby files his application for authority to employ Milton D Jones ("Attorney") as Attorney for the Debtor pursuant to 11 USC Section 327 Bankruptcy Rules 2014 and 5002 and respectfully shows the Court as follows:

1. On October 17, 2022, Applicant filed a petition for relief under Chapter 11, Sub V of Title 11, United States Code, 11 U.S.C. Section 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code"). Leon S. Jones has been appointed as Sub V Trustee. Applicant continues to operate its business and manage affairs as debtor-in-possession in accordance with Sections 1107 and 1108 of the Bankruptcy Code.

2. Applicant wishes to employ Milton D. Jones as counsel in this Chapter 11 case. Milton D. Jones has accepted a retainer $7000.00, minus the $1,717.00 Chapter 11 filing fees paid by the Debtor.

3. Milton D Jones is admitted to practice before this Court, and is familiar with the Applicant's legal and operational problems, has knowledge and experience in bankruptcy practice, and is well qualified to represent Applicant.

4. During the Chapter 11 case, Applicant will require professional services from an attorney, including:

   (a) Preparation of pleading and applications;

   (b) Conduct of examination;

   (c) Advising Applicant of their rights, duties and obligations as Debtor-in- possession;

   (d) Consulting with Applicant and representing Applicant with respect to a Chapter 11 plan;

   (e) Performing those legal services incidental and necessary to the day-to-day operation of Applicant's business, including, but not limited to, institution and prosecution of necessary legal proceedings, and general business and corporate legal advice and assistance;

   (f) Taking any and all other action incident to the proper preservation and administration of Applicant's estate and business.

5. With the filing of such petition, Applicant has the immediate need to retain counsel to handle the prosecution of Chapter 11 proceedings, to handle

challenges against interest by others and to otherwise represent the interests on legal matters falling under the jurisdiction of this Court. Specifically, Applicant requires immediate service of counsel to address issues in the case.

6. Except as set forth in the attached Declaration, to the best of applicant's knowledge: (a) Milton D. Jones represents no interest adverse to Applicant in the matters upon which the firm is to be engaged for the Applicant; (b) Milton D. Jones has had no connection with Applicant, its creditors or any party in interest, or its respective attorneys and accountants, and (c) the firm's appointment will be in the best interest of Applicant and Applicant's Estate.

7. Applicant desires to employee Milton D Jones at his ordinary rates for comparable work, plus reasonable expenses, subject to review by the Court, during the pendency of this bankruptcy case. The firm has stated present rates of $400.00 per hour for attorney and $150.00 per hour for legal assistants. Rates may be adjusted from time to time.

8. Attached hereto and incorporated herein by reference in the Verified Statement of Milton D Jones offered in support of this Application.

9. Pursuant to Bankruptcy Rule 6003(a), Applicant shall not seek an order approving this application until 21 days after the Petition Date.

WHEREFORE, Applicant prays that he be authorized to employ Milton D. Jones as its attorney in this Chapter 11 case.

This 27th day of October 2022.

/s/ Milton D. Jones
Attorney for Debtor-in-possession
Georgia Bar No. 402541
PO Box 533
Lovejoy, GA 30250
miltondjonesatty@gmail.com
770 899 8486

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 22-58327-BEM |
| ASSOCIATED ORAL SPECIALTIES | * | CHAPTER 11 |
|    Debtor | * | |
| _____ | * | |

**DECLARATION IN SUPPORT OF DEBTOR'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF DEBTOR'S ATTORNEY**

COMES NOW, Milton D. Jones, who states and declares:

1. I am an attorney and in that capacity I have personal knowledge of, and authority to speak, with respect to the matters set out herein this Declaration is offered in support of the Application of the Debtor in the above-styled case to employ Milton D Jones at the Debtor's Attorney (the "Application"), and the matters set out herein are true and correct to the best of my knowledge, information and belief.

2. I have not represented any interest adverse to the Debtor or the Debtor's Estate. I have no connection with the Debtor, the Debtor's creditor, or any other party interest or their respective attorneys or accountants. I am not a creditor of the Debtor.

3. I have no partners, associates or other professional employees who are related to the United States Trustee, any person employed in the Office of the United States Trustee for the Northern District of Georgia, or with any of

the Bankruptcy Judges sitting the United States Bankruptcy Court for the Northern District of Georgia.

4. I have not agreed to share any compensation or reimbursement under 11 U.S.C. Section 503(b) with any other person. As of the Petition Date, I hold a $7000.00 retainer for purposes of this case and it's representation of the Debtor herein. I received a $7,000.00 retainer and billed $9,400.00 in pre-petition legal fees and paid the $1,717.00 filing fee. I will hold the retainer and will only disburse the retainer in accordance with Court order for payment of fees in accordance with 11 U.S.C. Section 3300 and 331 of the Bankruptcy Code.

5. I am duly admitted to practice law in the United States District Court for the Northern District of Georgia, among other United States Courts. I have had substantial experience in practice before the United States Bankruptcy Court for the Northern District of Georgia and before other Bankruptcy Courts.

6. To the best of the undersigned's knowledge, information and belief, employment of Milton D Jones as Attorney for the Debtor would be appropriate under 11 U.S.C. Section 327 and Bankruptcy Rules 2014 and 5002.

Declared this 27th day of October 2022.

/s/ Milton D. Jones
Attorney for Debtor

Georgia Bar No. 402541
PO Box 533
Lovejoy, GA 30250
miltondjonesatty@gmail.com
770 899 8486


EXHIBIT

Associated Oral Specialties, Inc.
Case No. 22-58327-BEM
Atlanta Division
Chapter 11, Sub V
Petition Date – 10/17/2022
Trustee – Leon S. Jones
Date of filing this application – 10/17/2022
How much received for retainer - $7,000.00
Pre-petition bill - $9,400.00
How much left in retainer (paid $1,717 filing fees) – (3,566.00)

Certificate of Service

I have filed the foregoing in the Court's ECF system and served a copy upon the persons listed in the attached mailing matrix

This 27th day of October 2022.

/s/ Milton D. Jones
Attorney for Debtor
Georgia Bar No. 402541
PO Box 533
Lovejoy, GA 30250
miltondjonesatty@gmail.com
770 899 8486

```
Label Matrix for local noticing          ADP                                      Associated Oral Specialties, Inc.
113E-1                                   400 W Covina Blvd                        5671 Peachtree Dunwoody Rd
Case 22-58327-bem                        San Dimas, CA  91773-2954                Ste 420
Northern District of Georgia                                                      Atlanta, GA 30342-5004
Atlanta
Thu Oct 27 20:08:57 EDT 2022

BHG Funding                              Citizens Bank                            Citizens Bank - Accliviy Financial
201 E Las Olas Blvd Ste 1110             PO Box 1900                              PO Box 1900
Fort Lauderdale, FL 33301-4434           Elizabethton, TN  37644-1900             Elizabethton, TN  37644-1900



Dedicated Funding                        Dentcorp Management                      Freddie J Wakefield
860 E 4500 S                             297 E Paces Ferry Rd NE                  789 Hammond Dr Apt 3303
Salt Lake City, UT 84107-3152            Atlanta, GA  30305-2671                  Atlanta, GA  30328-8160



Fultz Maddox Dickens                     Georgia Revenue                          Internal Revenue Service
101 S Fifth Streer Fl 27                 1800 Century Blvd NE                     P. O. Box 7346
Louisville, KY  40201-3116               Atlanta, GA 30345-3205                   Philadelphia, PA 19101-7346



Internal Revenue Service                 JP Morgan Chase Bank, N.A., Chase Record John Thompson, Jr
Centralized Insolvency                   Attn: Correspondence Mail \ Mail Code LA 3424 Peachtree Rd NE Ste 1600
PO Box 7346                              700 Kansas Ln                            Atlanta, GA  30326-1139
Phila, PA  19101-7346                    Monroe, LA  71203-4774


Milton D. Jones                          Leon S. Jones (Sub V Trustee)            LHT North America, LLC
Milton D. Jones, Attorney                Chapter 11 Subchapter V Trustee          353 N Clark St Ste 3300
12252 Styron Drive                       Jones & Walden LLC                       Chicago, IL  60654-4708
Hampton, GA 30228-4066                   699 Piedmont Ave NE
                                         Atlanta, GA 30308-1400


LHT North Atlant                         LHT North Atlanta                        Vanessa A. Leo
Attn: Elizabeth Noland                   353 N Clark St Ste 300                   Office of the United States Trustee
101 S 5th St Fl 27                       Chicago, IL  60654-4704                  362 Richard B. Russell Building
Louisville, KY 40202-3067                                                         75 Ted Turner Drive SW
                                                                                  Atlanta, GA 30303-3315


Martin P. Ochs                           (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR  Ron C. Bingham
Office of the U. S. Trustee              3801 AUTOMATION WAY                      3424 Peachtree Rd NE Ste 1600
362 Richard Russell Federal Bldg.        STE 207                                  Atlanta, GA  30326-1139
75 Ted Turner Drive, SW                  FORT COLLINS CO 80525-5735
Atlanta, GA 30303-3330


SBA                                      Secretary of the Treasury                Territorial Bank of Am Samoa
233 Peachtree St NE Ste 300              15th & Pennsylvania Avenue, NW           400 Northridge Rd Ste 1225
Atlanta, GA  30303-1553                  Washington, DC 20200                     Atlanta, GA  30350-3357



U. S. Securities and Exchange Commission U.S. Trustee                             United States Attorney
Office of Reorganization                 363 Richard Russell Bldg 75              Northern District of Georgia
Suite 900                                Atlanta, GA  30301-3315                  75 Ted Turner Drive SW, Suite 600
950 East Paces Ferry Road, NE                                                     Atlanta GA 30303-3309
Atlanta, GA 30326-1382
```

```
United States Trustee                   Wallace Accounting
362 Richard Russell Federal Building    121 W Hickory St Ste 101
75 Ted Turner Drive, SW                 Denton, TX  76201-4195
Atlanta, GA 30303-3315
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Pawnee Leasing Corporation              End of Label Matrix
3801 Automation Way Ste 207             Mailable recipients    31
Fort Collins, CO  80525-5735            Bypassed recipients     0
                                        Total                  31
```