**IT IS ORDERED as set forth below:**

**Date: December 1, 2022**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

Associated Oral Specialties, Inc.,

      Debtor.

CASE NO. 22-58327-BEM

CHAPTER 11

**ORDER**

Before the Court is the *Motion for Relief From Automatic Stay Pursuant to 11 U.S.C. § 362(d) And (e) And Waiver of Fed. R. Bank. P. 4001(a)(3), And Abandonment* ("Motion"), filed by LHT North Atlanta, LLC ("Movant") on November 15, 2022. (Doc. 16). A hearing was held on the matter on November 29, 2022. George Green appeared on behalf of Movant, Milton Jones appeared on behalf of the Debtor, Samuel Richards appeared on behalf of Citizens Bank, Martin Ochs appeared on behalf of the U.S. Trustee, and Leon Jones appeared as the Subchapter V Trustee. Movant seeks relief to recover possession of property located at 5671 Peachtree Dunwoody Road, N.E., Atlanta, Georgia (the "Property") that is subject to a Lease with Debtor; to deem the Lease and any property of Debtor remaining on the Property abandoned; and to waive

the fourteen-day waiting period imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure. For the reasons announced on the record, it is

ORDERED that the Motion is DENIED subject to the following provisions. It is further

ORDERED that Debtor, under strict compliance, is to pay $11,264.11 to Movant not later than end of day on December 17, 2022 and pay $11,264.10 to Movant not later than end of day on January 17, 2023. It is further

ORDERED that if payment is not timely made to Movant, then Movant is to provide a notice of default to Debtor and counsel for Debtor giving Debtor five days to cure the default. If the default is not cured within five days, then Movant may file an affidavit of default and submit an order granting relief from the automatic stay. If both payments are timely paid by Debtor to Movant, then counsel for Movant shall file a notice of proper payment within three days of January 17, 2023, and an evidentiary hearing on the Motion will then be scheduled by separate order.

**END OF ORDER**

**Distribution List**

Associated Oral Specialties, Inc.
5671 Peachtree Dunwoody Road
Suite 420
Atlanta, GA 30342

Milton D. Jones
12252 Styron Drive
Hampton, GA 30228

Leon S. Jones
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437

George B. Green, Jr
Weinberg, Wheeler, Hudgins, Gunn & Dial
Ste 2400
3344 Peachtree Road, NE
Atlanta, GA 30326

Samuel Richards
Adams and Reese LLP
Ste 1600
3424 Peachtree Road NE
Atlanta, GA 30326