UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | * | CASE NO. 22-58327-BEM |
| ASSOCIATED ORAL SPECIALTIES | * | CHAPTER 11 |
|     Debtor | * | (small business sub V) |
| | * | |

## SUBCHAPTER V STATUS REPORT

COMES NOW ASSOCIATED ORAL SPECIALTIES, INC., Debtor herein and shows:

1. The order for relief in this matter was filed on 10/17/2022. The Trustee is Leon S. Jones.

2. The Debtor has attended an initial debtor review.

3. The Trustee has concluded the 341 hearing

4. The Debtor has filed all post-petition financial reports

5. The Debtor has filed all monthly operating reports

6. All relevant insurance is in place and current

7. Debtor has filed all applicable tax returns. Debtor was under a receivership order from the Superior Court and did not have authority to act on behalf of the Debtor. The receiver seized assets from Debtor, but did not file tax returns or pay outstanding bills of Debtor. The receivership has been stayed by Superior Court order recently (10/5/2022). Debtor now has a DIP account and is in charge of its operations

8. Debtor believes it has no administrative expense priority.

9. Debtor shows efforts undertaken and will undertake to attain a consensual plan of reorganization: (1) Debtor will pay ½ monthly office rent payment on 12-17-22 ($11,264.11) and another ½ month office rent on 1-17-23 ($11,264.11) (see Doc. No. 21, filed 10/18/22). Debtor will pay subsequent monthly office rent timely on the 1st of each month for 6 months and at that time, Debtor will vacate the office space; (2) Debtor is now having its office equipment appraised and is in talks with its Bank note holder to purchase or sell the office property. Debtor shows it will propose (1) and (2) above, in a timely filed reorganization plan.

DATED this 12th day of December 2022

/s/ Dr. Freddie Wakefield, CEO

Submitted by:
/s/ Milton D. Jones
Attorney for Debtor
Georgia State Bar No 402541
PO Box 533
Lovejoy, Georgia 30250
770 899 8486
miltondjones@gmail.com

CERTIFICATE OF SERVICE

I have served this Status Report into the Court Electronic Filing System (ECF) and served the following persons on the attached mailing matrix by first class mail with adequate postage affixed thereto and further have served the following persons by email:

Leon Jones         ljones@joneswalden.com

Ron Bingham        ron.bingham@arlaw.com

Martin Ochs        martin.p.ochs@usdoj.gov

George Green       ggreenjr@wwhgd.com

DATED this 13th day of December 2022

/s/ Milton D. Jones
Attorney for Debtor
Georgia State Bar No 402541
PO Box 533
Lovejoy, Georgia 30250
770 899 8486
miltondjones@gmail.com