**IT IS ORDERED as set forth below:**

**Date: February 14, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 22-58327 |
| Associated Oral Specialties, Inc., | |
| Debtor. | CHAPTER 11 |

**ORDER AND NOTICE OF EVIDENTIARY HEARING**

1. LHT North Atlanta, LLC's Motion to Set Evidentiary Hearing on Motion for Relief from Automatic Stay ("Motion") [Doc. 39] came before this court on February 7, 2023. Milton Jones appeared on behalf of the Debtor, Samuel Richards appeared on behalf of Citizens Bank, Martin Ochs appeared on behalf of the United States Trustee, and George Green appeared on behalf of LHT North Atlanta, LLC. For the reasons announced on the record, the Motion is GRANTED. Accordingly,

2. An evidentiary hearing in the above-styled matter on LHT North Atlanta, LLC's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (e) and Waiver of Fed. Bankr. P. 4001(a)(3), and Abandonment [Doc. 16] will be held on **March 2, 2023, at 10:30 AM**,

in **COURTROOM 1402**, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), S.W., ATLANTA, GEORGIA. The hearing will not be rescheduled except by express permission of the Court.

3. Counsel and parties appearing *pro se* are hereby directed to file on the docket witness lists and marked exhibits, with a cover page listing the exhibits, on or before **February 24, 2023**. The parties shall also file on the docket a separate, typed listing of each party's objections to the exhibits of the other party prior to the hearing date. Any listed document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties, and such documents will be admitted at the hearing without further proof of authenticity. Each party must arrive at the hearing with a set of exhibits for witness use, a set of exhibits for the Courtroom Deputy, and a set of exhibits for the party's own use.

4. If the parties determine that, by reason of settlement or other good cause, the matter should not be heard, which determination shall be subject to Court approval, counsel are directed to notify the Court immediately in order that the time set aside for the instant hearing may be assigned to other litigants, since all cases in the Court are specifically set to commence on a date certain.

**END OF ORDER**

**Distribution List**

Associated Oral Specialties, Inc.
5671 Peachtree Dunwoody Rd
Ste 420
Atlanta, GA 30342-5004

Milton D. Jones
Milton D. Jones, Attorney
12252 Styron Drive
Hampton, GA 30228

Leon S. Jones
Chapter 11 Subchapter V Trustee
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308

George B. Green, Jr.
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326

Samuel Richards
Adams and Reese LLP
Ste 1600
3424 Peachtree Road NE
Atlanta, GA 30326

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

ALL PARTIES AND CREDITORS.