**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> **ASSOCIATED ORAL SPECIALTIES, INC.,** <br><br> **Debtor.** | **CHAPTER 11** <br><br> **CASE NO. 22-58327-bem** |

### NOTICE OF FIRST INTERIM APPLICATION OF SUBCHAPTER V TRUSTEE FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. § 330, DEADLINE TO OBJECT AND FOR HEARING

Leon S. Jones (the "Subchapter V Trustee") has filed his *First Interim Application of Subchapter V Trustee for Compensation for Services Pursuant to 11 U.S.C. § 330* (the "Application"). Pursuant to such Application, the Court is requested to allow and award compensation to the Subchapter V Trustee, as follows:

(1) $5,382.50 representing fees; and

(2) That the Debtor's estate be authorized and directed to pay the Subchapter V Trustee $5,382.50 which represents said fees as a Chapter 11 administrative expense.

Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk at Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303**, and serve a copy on the Subchapter V Trustee, Leon S. Jones, 699 Piedmont Ave, NE, Atlanta, GA 30308, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**A hearing on the Application has been scheduled for March 21, 2023**. The Court will hold an initial telephonic hearing for announcements on the Application at the following number: **833-568-8864, Meeting ID 160 862 0914, at 11:00 a.m., in Courtroom 1402, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the

"Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

This 20th day of February, 2023.

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Subchapter V Trustee
699 Piedmont Ave, NE
Atlanta, Georgia 30308
404-564-9300
ljones@joneswalden.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> **ASSOCIATED ORAL SPECIALTIES, INC.,** <br><br> **Debtor.** | **CHAPTER 11** <br><br> **CASE NO. 22-58327-bem** |

**FIRST INTERIM APPLICATION OF SUBCHAPTER V TRUSTEE FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. § 330**

TO:   THE HONORABLE BARBARA ELLIS-MONRO
JUDGE, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COMES NOW Leon S. Jones (hereinafter "Applicant" or "Subchapter V Trustee"), and respectfully represents:

1. On October 17, 2022, Associated Oral Specialties, Inc. ("Debtor") filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code").

2. On October 17, 2022 ("Appointment Date"), the United States Trustee filed its "Notice of Appointment of Subchapter V Trustee" (Doc. No. 3) appointing Applicant as the Subchapter V Trustee.

3. Applicant makes this application for compensation for services as Subchapter V Trustee pursuant to 11 U.S.C. § 330(a)(1) for the period beginning October 17, 2022 through February 19, 2023.

4. Applicant has performed all services required of a Subchapter V Trustee as a fiduciary in the administration of this case.

5. Applicant has received no prior compensation for services rendered as Subchapter V Trustee for this Estate. The Subchapter V Trustee has not agreed to share any compensation awarded in this case with any person other than members of Applicant's law firm.

6. The Subchapter V Trustee has not entered into any agreement, written or oral, with any other person in interest or any attorney of any party in interest in this case for the purpose of fixing the amount of fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein.

7. The time expended by the Applicant and the work performed by the Applicant, for the period for which this Application is made, is duly itemized and set forth in Exhibit "A" which is attached hereto and incorporated herein by this reference.

8. The Applicant respectfully makes the following representations with regard to the 12-factor Johnson v. Georgia Highway Express, Inc. test (488 F.2d 714 (5th Cir. 1974)):

a) Time and Labor Required: The Applicant has expended a total of 12.50 hours through February 19, 2023, at the following rates:

| Trustee | Hourly Rate |
| --- | --- |
| Leon S. Jones | $425.00- $450.00 |

b) Novelty and Difficulty of Questions Presented: The Chapter 11 reorganization case involves the effort to reorganize a Chapter 11 business Debtor. Applicant shows that the novelty and difficulty of questions presented are those normally associated with a Chapter 11 bankruptcy case.

c) Skill Requisite to Perform Services Properly: The Applicant respectfully represents that he has the skill requisite to perform trustee services heretofore rendered in a proper fashion.

d) The Preclusion of Other Employment Due to Acceptance of the Case: The Applicant respectfully requests that the time expended by Applicant in connection with this case could have been devoted to other matters, but for the time demands placed upon the Applicant by his involvement in this case.

e) Customary Fee for the Type of Services Rendered: The Applicant shows that all fees requested were generated by applying the Applicant's normal hourly billing rate to

the number of hours actually expended. Applicant respectfully represents that the customary compensation for Sub-Chapter V Trustee services in connection with such a bankruptcy case is upon an hourly billing basis.

f)       <u>Whether Fee is Fixed or Contingent</u>: The Applicant's charges are subject to being awarded by this Court under 11 U.S.C. § 330. The Fee is thus not truly fixed or contingent but has some characteristics of both.

g)       <u>Time Limitations Imposed by Client or Other Circumstances</u>: The Applicant shows that many of the services rendered have been performed under exacting time limitations imposed by the nature of the case.

h)       <u>Amount Involved and Results Obtained</u>: The Applicant has handled a number of issues as Subchapter V trustee. The Applicant has handled matters regarding the Debtor's creditors, estate administration, and the U.S. Trustee.

i)       <u>Experience, Reputation, and Ability of Attorneys</u>: The Applicant respectfully represents that he has had a significant amount of experience in bankruptcy cases in this District.

j)       <u>Undesirability of the Case</u>: The Applicant respectfully represents that this factor is not normally applicable to service as a Subchapter V trustee in a Chapter 11 case.

k)       <u>Nature and Length of Professional Relationship with the Client</u>: The Applicant shows that he has served as Subchapter V Trustee from his appointment. Applicant had no prior relationship with Debtor or creditors in the case.

l)       <u>Awards in Similar Cases</u>: Applicant respectfully represents that his Application is in keeping with similar applications for Chapter 11 compensation filed in bankruptcy cases within this district.

WHEREFORE, Leon S. Jones, Subchapter V Trustee, prays for allowance and award of compensation as follows:

(1) $5,382.50 representing fees; and

(2) That the Debtor's estate be authorized and directed to pay the Subchapter V Trustee $5,382.50 which represents said fees as a Chapter 11 administrative expense.

This 20th day of February, 2023.

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Subchapter V Trustee
699 Piedmont Ave, NE
Atlanta, Georgia 30308
404-564-9300
ljones@joneswalden.com

**<u>EXHIBIT "A"</u>**

# JONES & WALDEN, LLC
### Attorneys At Law

699 Piedmont Avenue, NE * Atlanta, GA 30308
404-564-9300 • www.joneswalden.com

---

Attn:   Leon Jones, Trustee
Associated Oral Specialties, Inc.
5671 Peachtree Dunwoody Rd
Ste 420
Atlanta, GA   30342-5004

Page: 1
February 20, 2023
Account No:  3736.000
Invoice No:       64301

Re: Sub Chapter V Trustee

## Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---:|---:|---:|
| 10/17/2022 | LSJ | Email exchanges with UST re case prep verification (.3); telephone conference with UST re facts and issues (.2); email exchange with UST and Debtor attorney re IDI (.1) | 425.00 | 0.60 | 255.00 |
| 10/18/2022 | LSJ | Review First day pleadings and trustee appointment, calendar plan deadline | 425.00 | 0.20 | 85.00 |
| 10/21/2022 | LSJ | Email exchange UST re: IDI data (0.1); email debtor attorney, review commencement notice and calendar events (0.1); further review of Fulton Receivership Order and Pleadings (0.2) | 425.00 | 0.40 | 170.00 |
| 10/22/2022 | LSJ | Further review of docket (commencement) and pleadings, calendar events | 425.00 | 0.10 | 42.50 |
| 10/24/2022 | LSJ | Review small business documents and questionnaire | 425.00 | 0.20 | 85.00 |
| 10/25/2022 | LSJ | Review/ email exchanges re IDI re debtor re set requests | 425.00 | 0.20 | 85.00 |
| 10/27/2022 | LSJ | Attend IDI (1.2) | 425.00 | 1.20 | 510.00 |
| 10/31/2022 | LSJ | Email exchange (UST) review contempt order (0.2) | 425.00 | 0.20 | 85.00 |
| 11/03/2022 | LSJ | Review receivership pleadings | 425.00 | 0.10 | 42.50 |
| 11/05/2022 | LSJ | Review Weinberg Wheeler Notice of Appearance for LHT | 425.00 | 0.10 | 42.50 |
| 11/07/2022 | LSJ | Review UST Motion to determine Ombudsman unnecessary | 425.00 | 0.10 | 42.50 |
| 11/08/2022 | LSJ | Review email | 425.00 | 0.10 | 42.50 |
| 11/09/2022 | LSJ | Attend 341 (1.6); review debtor's app to employ counsel, small business documents & schedules (.1) | 425.00 | 1.70 | 722.50 |
| 11/19/2022 | LSJ | Review MRAS and calendar hearing (Landlord LHT for rent) | 425.00 | 0.20 | 85.00 |
| 11/23/2022 | LSJ | Review lender citizens bank objection to MRAS filed by landlord LHT | 425.00 | 0.10 | 42.50 |

Associated Oral Specialties, Inc.  
Re: Sub Chapter V Trustee

Page: 2  
02/20/2023  
Account No: 3736.000  
Invoice No: 64301

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 11/28/2022 | LSJ | Review Milton Jones supplemental disclosures | 425.00 | 0.10 | 42.50 |
| 11/29/2022 | LSJ | Attend hearing on landlord's motion to lift stay | 425.00 | 1.30 | 552.50 |
| 12/05/2022 | LSJ | Review entered order on strict compliance for landlord rent payments per hearing, review deadlines | 425.00 | 0.10 | 42.50 |
| 12/13/2022 | LSJ | Review status report and motion to file out of time | 425.00 | 0.10 | 42.50 |
| 12/16/2022 | LSJ | Review docket notice and calendar re-set status conference (.2); review debtor lease requirements and entered order re strict compliance (.4); review email and docs from dentcorp accountant, review receivership (.2) | 425.00 | 0.80 | 340.00 |
| 12/19/2022 | LSJ | Email exchanges (debtor counsel) re landlord rent and payment (.1); review docket notice re re-set status conference and calendar same (.1); review entered order (denial of landlord motion but setting payment deadlines) (.1) | 425.00 | 0.30 | 127.50 |
| 12/20/2022 | LSJ | Contact debtor attorney re status conference scheduled; review docket re status conference (.3); attend status conference (SV) (.9) | 425.00 | 1.20 | 510.00 |
| 12/21/2022 | LSJ | Email exchanges (review) debtor attorney + landlord attorney | 425.00 | 0.10 | 42.50 |
| 12/28/2022 | LSJ | Email exchange with debtor attorney receiver account (Hays) re accounts | 425.00 | 0.20 | 85.00 |
| 01/17/2023 | LSJ | review debtor's motion to use cash collateral | 450.00 | 0.10 | 45.00 |
| 01/18/2023 | LSJ | Receipt and review of email from landlord attorney (notice of default on payment); review docket re same | 450.00 | 0.10 | 45.00 |
| 01/19/2023 | LSJ | Review debtor's filed plan | 450.00 | 0.10 | 45.00 |
| 01/22/2023 | LSJ | Review entered order approving non-appointment of health care Ombudsman; review docket and calendar deadlines | 450.00 | 0.10 | 45.00 |
| 01/23/2023 | LSJ | Email exchanges re rent payments; review docket re orders | 450.00 | 0.10 | 45.00 |
| 01/25/2023 | LSJ | Prepare fee statement for debtor (.1); review docket re status (.1) | 450.00 | 0.20 | 90.00 |
| 01/26/2023 | LSJ | Email exchange review (debtor counsel) | 450.00 | 0.10 | 45.00 |
| 02/04/2023 | LSJ | Review and calendar entered order setting confirmation hearing and related deadlines (.2); review emergency cash collateral motion and order setting hearing; calendar same (.1) | 450.00 | 0.30 | 135.00 |
| 02/07/2023 | LSJ | Review debtor's motion to extend time to assume lease; review docket re status of hearing on same (.1) | 450.00 | 0.20 | 90.00 |
| 02/08/2023 | LSJ | Email exchange with chambers and counsel re scheduling hearing | 450.00 | 0.10 | 45.00 |
| 02/15/2023 | LSJ | Email exchange debtor's attorney re landlord dispute | 450.00 | 0.10 | 45.00 |

Page:  3
Associated Oral Specialties, Inc.  02/20/2023
Re: Sub Chapter V Trustee
Account No:  3736.000
Invoice No:  64301

|            |     |                                                                                                                                                            | Rate    | Hours |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|-------|----------|
| 02/16/2023 | LSJ | Telephone conference with Milton Jones re plan and chapter 11 status                                                                                       | 450.00  | 0.50  | 225.00   |
| 02/17/2023 | LSJ | Review and calendar order extending lease assumption deadline (.1): review and calendar order setting evidentiary hearing on landlord's MRAS (.1)           | 450.00  | 0.20  | 90.00    |
| 02/19/2023 | LSJ | Prepare fee application                                                                                                                                    | 450.00  | 0.60  | 270.00   |
|            |     | For Current Services Rendered                                                                                                                              |         | 12.50 | 5,382.50 |

Recapitulation

| Timekeeper     | Hours | Rate     | Total      |
|----------------|-------|----------|------------|
| Leon S. Jones  | 9.70  | $425.00  | $4,122.50  |
| Leon S. Jones  | 2.80  | 450.00   | 1,260.00   |

Total Current Work                                                                                                       5,382.50

Balance Due                                                                                                              $5,382.50

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**ASSOCIATED ORAL SPECIALTIES, INC.,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-58327-bem** |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of First Interim Application of Subchapter V Trustee for Compensation for Services Pursuant to 11 U.S.C. § 330, Deadline to Object and for Hearing* (the "Notice") and the *Application of Subchapter V Trustee for Compensation for Services Pursuant to 11 U.S.C. § 330* (the "Application") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice and Application to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **George B. Green**   ggreen@wwhgd.com
- **Milton D. Jones**   miltondjonesatty@gmail.com, mmajone14@gmail.com;G61681@notify.cincompass.com
- **Vanessa A. Leo**   ustpregion21.at.ecf@usdoj.gov
- **Jeremy T. McCullough**   jmccullough@jtm-law.com
- **Martin P. Ochs**   martin.p.ochs@usdoj.gov
- **Samuel Richards**   sam.richards@arlaw.com, linda.mesa@arlaw.com;lianna.sarasola@arlaw.com

I further certify that on this day I caused a copy of the Notice *only* to be served on the parties listed on the attached mailing matrix and a copy of the Notice and Application on the party listed below via U.S. First Class Mail with adequate postage prepaid:

Associated Oral Specialties, Inc.
5671 Peachtree Dunwoody Rd
Suite 420
Atlanta, GA 30342-5004

This 20th day of February, 2023.

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Subchapter V Trustee
699 Piedmont Ave, NE
Atlanta, Georgia 30308
404-564-9300
ljones@joneswalden.com

```
Label Matrix for local noticing        ADP                                    Associated Oral Specialties, Inc.
113E-1                                 400 W Covina Blvd                      5671 Peachtree Dunwoody Rd
Case 22-58327-bem                      San Dimas, CA  91773-2954               Ste 420
Northern District of Georgia                                                  Atlanta, GA 30342-5004
Atlanta
Mon Feb 20 10:21:22 EST 2023

BHG Funding                            Citizens Bank                          Citizens Bank
201 E Las Olas Blvd Ste 1110           PO Box 1900                            c/o Ron C. Bingham, II, Esq.
Fort Lauderdale, FL 33301-4434         Elizabethton, TN  37644-1900           Adams and Reese LLP
                                                                              3424 Peachtree Road NE, Suite 1600
                                                                              Atlanta, Georgia 30326-1139


                                       Dedicated Funding                      Dentcorp Management
                                       860 E 4500 S                           297 E Paces Ferry Rd NE
                                       Salt Lake City, UT 84107-3152          Atlanta, GA  30305-2671



Freddie J Wakefield                    Fultz Maddox Dickens                   Georgia Revenue
789 Hammond Dr Apt 3303                101 S Fifth Streer Fl 27               1800 Century Blvd NE
Atlanta, GA  30328-8160                Louisville, KY  40201-3116             Atlanta, GA 30345-3205




                                                                              Internal Revenue Service
                                                                              Centralized Insolvency
                                                                              PO Box 7346
                                                                              Phila, PA  19101-7346



JP Morgan Chase Bank, N.A., Chase Record   John Thompson, Jr
Attn: Correspondence Mail \ Mail Code LA   3424 Peachtree Rd NE Ste 1600
700 Kansas Ln                              Atlanta, GA  30326-1139
Monroe, LA  71203-4774



                                       LHT North America, LLC
                                       353 N Clark St Ste 3300
                                       Chicago, IL  60654-4708




                                                                              LHT North Atlanta, LLC
                                                                              c/o Elizabeth B. Noland, Fultz Maddox Di
                                                                              101 S. Fifth Street, 27th Floor
                                                                              Louisville, KY 40202-3067




(p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR   Pawnee Leasing Corporation
3801 AUTOMATION WAY                    c/o McCullough LLC
STE 207                                1579 Monroe Dr #251
FORT COLLINS CO 80525-5735             Atlanta, GA 30324-5039
```

```
Ron C. Bingham                    SBA                              Secretary of the Treasury
3424 Peachtree Rd NE Ste 1600     233 Peachtree St NE Ste 300      15th & Pennsylvania Avenue, NW
Atlanta, GA  30326-1139           Atlanta, GA  30303-1553          Washington, DC 20200



Territorial Bank of Am Samoa      U. S. Securities and Exchange Commission    U.S. Trustee
400 Northridge Rd Ste 1225        Office of Reorganization                    363 Richard Russell Bldg 75
Atlanta, GA  30350-3357           Suite 900                                   Atlanta, GA  30301-3315
                                  950 East Paces Ferry Road, NE
                                  Atlanta, GA 30326-1382



United States Attorney            United States Trustee             Wallace Accounting
Northern District of Georgia      362 Richard Russell Federal Building    121 W Hickory St Ste 101
75 Ted Turner Drive SW, Suite 600 75 Ted Turner Drive, SW           Denton, TX  76201-4195
Atlanta GA 30303-3309             Atlanta, GA 30303-3315
```