## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ASSOCIATED ORAL | ) | |
| SPECIALTIES, INC., | ) | CASE NO.: 22-58327 |
| | ) | CHAPTER 11 |
| Debtor. | ) | JUDGE: BEM |
| | ) | |

### LHT NORTH ATLANTA, LLC'S WITNESS LIST FOR EVIDENTIARY HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, LHT North Atlanta, LLC ("LHT"), by and through the undersigned counsel, and hereby files its witness list for the evidentiary hearing (the "Hearing") regarding its previously filed Motion for Relief from Automatic Stay and Abandonment (DN 16) (the "Motion"), pursuant to the Order entered by the Court on February 14, 2023 (DN 43), stating as follows:

LHT may call the following witnesses at the Hearing:

1. Carla Moule, LHT representative;

2. Dr. Freddie Wakefield;

3. Greg Hays;

4. Any witnesses identified by Debtor as a "may call" or "will call" witness;

1

5. Unknown representatives of the Debtor that may be identified;

6. All persons necessary for the introduction of an exhibit; and

7. All persons necessary for rebuttal and/or impeachment purposes.

DATED: February 24, 2023.

        **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

        */s/ George B. Green, Jr.*
        _____
        William C. Buhay
        Georgia Bar No.: 093940
        George B. Green, Jr.
        Georgia Bar No.: 665716

        *Attorneys for Movant, LHT North Atlanta, LLC*

3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Tel: (404) 876-2700
Fax: (404) 875-9433
wbuhay@wwhgd.com
ggreenjr@wwhgd.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Motion for Relief from the Automatic Stay and Assignment of Hearing was served upon the following listed parties and/or counsel by either electronic transmission, or first-class United States mail, postage pre-paid on February 24, 2023:

Associated Oral Specialties, Inc.
5671 Peachtree Dunwoody Road
Suite 420
Atlanta, GA 30342

Milton D. Jones
MILTON D. JONES, ATTORNEY
12252 Styron Drive
Hampton, GA 30228
miltondjonesatty@gmail.com

Leon S. Jones
CHAPTER 11 SUBCHAPTER V TRUSTEE
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308
ljones@joneswalden.com

DATED: February 24, 2023.

        **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

        */s/ George B. Green, Jr.*
        _____
        William C. Buhay
        Georgia Bar No.: 093940
        George B. Green, Jr.
        Georgia Bar No.: 665716

        *Attorneys for Movant, LHT North Atlanta, LLC*

3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Tel: (404) 876-2700
Fax: (404) 875-9433
wbuhay@wwhgd.com
ggreenjr@wwhgd.com

4