**IT IS ORDERED as set forth below:**

**Date: March 3, 2023**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 22-58327 |
| Associated Oral Specialties, Inc., | |
| Debtor. | CHAPTER 11 |

**ORDER**

Before the Court is the *Motion for Relief From Automatic Stay Pursuant to 11 U.S.C. § 362(d) And (e) And Waiver of Fed. R. Bank. P. 4001(a)(3), And Abandonment* ("LHT's Motion for Relief from Stay"), filed by LHT North Atlanta, LLC ("Movant") on November 15, 2022 [Doc. 16] and Debtor's *Motion to Extend Time to Assume or Reject Lease and Entry of An Order to Extend Time to Assume or Reject Lease and Request to Have The Order Effective Immediately* ("Debtor's Motion to Extend") filed on February 6, 2023 [Doc. 38]. An evidentiary hearing was held on the matters on March 2, 2023. The Court heard testimony from Dr. Freddie Wakefield and Carla Moule and admitted Debtor's exhibits 2-10 and 13-15 as well as Movant's exhibits 1-10, 19-21, 26, and 31-33. Milton Jones appeared on behalf of the Debtor, Martin Ochs

appeared on behalf of the United States Trustee, Leon Jones appeared as the Subchapter V Trustee, and George Green appeared on behalf of LHT North Atlanta, LLC. For the reasons announced on the record, it is

ORDERED that Debtor, under strict compliance, is to pay rent for the month of March on time and in full to Movant not later than end of day on March 15, 2023. It is further,

ORDERED that Debtor, under strict compliance, is to pay rent for the month of April on time and in full to Movant not later than end of day on April 5, 2023. It is further,

ORDERED that if payment is not timely made to Movant, then Movant is to provide a notice of default via email and mail to Debtor c/o Dr. Wakefield and counsel for Debtor giving Debtor five days to cure the default. If the default is not cured within five days, then Movant may file an affidavit of default and submit an order granting relief from the automatic stay. It is further,

ORDERED that Debtor's *Motion to Extend Time to Assume or Reject Lease and Entry of An Order to Extend Time to Assume or Reject Lease and Request to Have The Order Effective Immediately* is GRANTED such that Debtor's time to assume or reject the lease is extended through the Court's determination on LHT's Motion for Relief from Stay.

**END OF ORDER**

**Distribution List**

Associated Oral Specialties, Inc.
5671 Peachtree Dunwoody Rd
Ste 420
Atlanta, GA 30342-5004

Milton D. Jones
Milton D. Jones, Attorney
12252 Styron Drive
Hampton, GA 30228

Leon S. Jones
Chapter 11 Subchapter V Trustee
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308

George B. Green, Jr.
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326

Samuel Richards
Adams and Reese LLP
Ste 1600
3424 Peachtree Road NE
Atlanta, GA 30326

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

ALL PARTIES AND CREDITORS.

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 22-58327-bem |
| Associated Oral Specialties, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Mar 06, 2023 | Form ID: pdf401 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Associated Oral Specialties, Inc., 5671 Peachtree Dunwoody Rd, Ste 420, Atlanta, GA 30342-5004 |
| | + | George B. Green, Jr., Weinberg, Wheeler, Hudgins,, Gunn & Dial, LLC, 3344 Peachtree Road, Suite 2400, Atlanta, GA 30326-4802 |
| cr | | LHT North Atlanta, LLC, 353 N. Clark Street, Ste. 3300, Chicago, IL 60654-4708 |
| | + | Leon S. Jones, Chapter 11 Subchapter V Trustee, Jones & Walden LLC, 699 Piedmont Ave NE, Atlanta, GA 30308-1400 |
| | + | Milton D. Jones, Milton D. Jones, Attorney, 12252 Styron Drive, Hampton, GA 30228-4066 |
| | + | Samuel Richards, Adams and Reese LLP, Ste 1600, 3424 Peachtree Road NE, Atlanta, GA 30326-1139 |
| 24021696 | | ADP, 400 W Covina Blvd, San Dimas, CA 91773-2954 |
| 24021697 | + | BHG Funding, 201 E Las Olas Blvd Ste 1110, Fort Lauderdale, FL 33301-4434 |
| 24101559 | + | Citizens Bank, c/o Ron C. Bingham, II, Esq., Adams and Reese LLP, 3424 Peachtree Road NE, Suite 1600, Atlanta, Georgia 30326-1139 |
| 24021699 | | Citizens Bank - Accliviy Financial, PO Box 1900, Elizabethton, TN 37644-1900 |
| 24021700 | + | Dedicated Funding, 860 E 4500 S, Salt Lake City, UT 84107-3152 |
| 24021701 | | Dentcorp Management, 297 E Paces Ferry Rd NE, Atlanta, GA 30305-2671 |
| 24021702 | | Freddie J Wakefield, 789 Hammond Dr Apt 3303, Atlanta, GA 30328-8160 |
| 24021703 | | Fultz Maddox Dickens, 101 S Fifth Streer Fl 27, Louisville, KY 40201-3116 |
| 24021704 | + | Georgia Revenue, 1800 Century Blvd NE, Atlanta, GA 30345-3205 |
| 24021707 | | JP Morgan Chase Bank, N.A., Chase Record, Attn: Correspondence Mail / Mail Co, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 24021706 | | John Thompson, Jr, 3424 Peachtree Rd NE Ste 1600, Atlanta, GA 30326-1139 |
| 24021708 | | LHT North America, LLC, 353 N Clark St Ste 3300, Chicago, IL 60654-4708 |
| 24021709 | + | LHT North Atlant, Attn: Elizabeth Noland, 101 S 5th St Fl 27, Louisville, KY 40202-3067 |
| 24021710 | | LHT North Atlanta, 353 N Clark St Ste 300, Chicago, IL 60654-4704 |
| 24090236 | + | LHT North Atlanta, LLC, c/o Elizabeth B. Noland, Fultz Maddox Di, 101 S. Fifth Street, 27th Floor, Louisville, KY 40202-3067 |
| 24159522 | + | Pawnee Leasing Corporation, c/o McCullough LLC, 1579 Monroe Dr #251, Atlanta, GA 30324-5039 |
| 24021712 | | Ron C. Bingham, 3424 Peachtree Rd NE Ste 1600, Atlanta, GA 30326-1139 |
| 24021713 | | SBA, 233 Peachtree St NE Ste 300, Atlanta, GA 30303-1553 |
| 24021714 | | Territorial Bank of Am Samoa, 400 Northridge Rd Ste 1225, Atlanta, GA 30350-3357 |
| 24021715 | | U.S. Trustee, 363 Richard Russell Bldg 75, Atlanta, GA 30301-3315 |
| 24021716 | # | Wallace Accounting, 121 W Hickory St Ste 101, Denton, TX 76201-4195 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Mar 06 2023 20:21:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Mar 06 2023 20:21:00 | Martin P. Ochs, Office of the U. S. Trustee, 362 Richard Russell Federal Bldg., 75 Ted Turner Drive, SW, Atlanta, GA 30303-3330 |
| 24021698 | Email/Text: bankruptcy@citizensbank24.com | Mar 06 2023 20:22:00 | Citizens Bank, PO Box 1900, Elizabethton, TN 37644-1900 |
| 24021705 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 06 2023 20:21:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Phila, PA 19101-7346 |
| 24021711 | Email/Text: bankruptcy@pawneeleasing.com | | |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 06, 2023 | Form ID: pdf401 | Total Noticed: 33 |

| | | Mar 06 2023 20:20:00 | Pawnee Leasing Corporation, 3801 Automation Way Ste 207, Fort Collins, CO 80525-5735 |
|---|---|---|---|
| 24021866 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Mar 06 2023 20:21:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | * | Associated Oral Specialties, Inc., 5671 Peachtree Dunwoody Rd, Ste 420, Atlanta, GA 30342-5004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2023                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George B. Green, Jr | on behalf of Creditor LHT North Atlanta  LLC ggreen@wwhgd.com |
| Jeremy T. McCullough | on behalf of Creditor Pawnee Leasing Corporation jmccullough@jtm-law.com |
| Leon S. Jones (Sub V Trustee) | ljones@joneswalden.com  jwdistribution@joneswalden.com |
| Leon S. Jones (Sub V Trustee) | on behalf of Trustee Leon S. Jones (Sub V Trustee) ljones@joneswalden.com  jwdistribution@joneswalden.com |
| Martin P. Ochs | on behalf of U.S. Trustee United States Trustee martin.p.ochs@usdoj.gov |
| Milton D. Jones | on behalf of Debtor Associated Oral Specialties  Inc. miltondjonesatty@gmail.com, mmajone14@gmail.com;G61681@notify.cincompass.com |
| Ron C. Bingham, II | on behalf of Creditor Citizens Bank ron.bingham@arlaw.com  lianna.sarasola@arlaw.com |
| Samuel Richards | on behalf of Creditor Citizens Bank sam.richards@arlaw.com  linda.mesa@arlaw.com;lianna.sarasola@arlaw.com |
| Vanessa A. Leo | on behalf of U.S. Trustee United States Trustee ustpregion21.at.ecf@usdoj.gov |

TOTAL: 9