

**IT IS ORDERED as set forth below:**

**Date: March 17, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**ASSOCIATED ORAL SPECIALTIES, INC.,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-58327-bem** |

**ORDER ON FIRST INTERIM APPLICATION OF SUBCHAPTER V TRUSTEE FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. § 330**

On February 20, 2023, Leon S. Jones, in his capacity as the Chapter 11 Subchapter V Trustee (the "Applicant" or "Trustee") filed his *Notice of First Interim Application of Chapter 11 Subchapter V Trustee for Compensation for Services Pursuant to 11 U.S.C. § 330, Deadline to Object and for Hearing* (Doc. No. 46) (the "Application"). A hearing on the Application was scheduled for March 21, 2023, at 11:00 A.M. Pursuant to Second Amended and Restated General Order No. 24-2018, (1) the Application was served upon all parties-in-interest and notice of the opportunity to object and for hearing was provided pursuant to the procedures in Second Amended and Restated General Order No. 24-2018 and no objection to the Application was filed prior to the objection deadline; (2) the Court has considered the Application and all other matters

of record, including the lack of objection thereto; and (3) based on the forgoing, no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the Application. The Court further finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order.  Accordingly, it is

ORDERED AND ADJUDGED that the Trustee rendered valuable services as subchapter V trustee in the case and is hereby allowed and awarded fees in the amount of $5,382.50 as compensation for said services; and it is

FURTHER ORDERED AND ADJUDGED that the Debtor is authorized and directed to pay the $5,382.50 award to the Trustee.

**[END OF DOCUMENT]**

Prepared and Presented by:

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Chapter 11 Subchapter V Trustee
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
ljones@joneswalden.com
(404) 564-9300

Distribution List:

Leon Jones, Jones & Walden LLC, 699 Piedmont Avenue, NE, Atlanta, Georgia 30308

Office of the United States Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303

Associated Oral Specialties, Inc., 5671 Peachtree Dunwoody Rd, Suite 420, Atlanta, GA 30342-5004