

**IT IS ORDERED as set forth below:**

**Date: March 29, 2023**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-58327-BEM |
| Associated Oral Specialties, Inc., | |
| Debtor. | CHAPTER 11 |

## ORDER

LHT North Atlanta, LLC's ("LHT") *Motion for Relief from Automatic Stay Pursuant to 11 U.S.C § 362(d) and (e) and Waiver of Fed. R. Bankr. P. 4001(a)(3) and Abandonment* ("LHT's Motion for Relief from Automatic Stay") [Doc. 16] and Debtor's *Motion to Extend Time to Assume or Reject Lease and Entry of an Order to Extend Time to Assume or Reject Lease and Request to Have the Order Effective Immediately* ("Debtor's Motion to Extend Time to Assume or Reject Lease") [Doc. 38] came before the Court for hearing on March 28, 2023. Milton Jones appeared on behalf of the Debtor, George Green appeared on behalf of LHT North Atlanta, LLC, Leon Jones appeared as the Chapter 11 Subchapter V Trustee, and Martin Ochs appeared on behalf of the U.S. Trustee. The Court previously held an evidentiary hearing on

LHT's Motion for Relief from Automatic Stay on March 2, 2023. For the reasons announced on the record, it is

ORDERED that LHT North Atlanta, LLC's Motion for Relief from Automatic Stay is GRANTED, and the stay is modified to allow LHT to pursue its state law rights and remedies. It is further,

ORDERED that pursuant to Fed. R. Bankr. P. 4001(a)(3), this order is stayed until 14 days after its entry. It is further,

ORDERED that Debtor's Motion to Extend Time to Assume or Reject Lease is DENIED.

**END OF ORDER**

**Distribution List**

Associated Oral Specialties, Inc.
5671 Peachtree Dunwoody Rd
Ste 420
Atlanta, GA 30342-5004

Milton D. Jones
Milton D. Jones, Attorney
12252 Styron Drive
Hampton, GA 30228

Leon S. Jones
Chapter 11 Subchapter V Trustee
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308

George B. Green, Jr.
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326

Samuel Richards
Adams and Reese LLP
Ste 1600
3424 Peachtree Road NE
Atlanta, GA 30326

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

ALL PARTIES AND CREDITORS.