

**IT IS ORDERED as set forth below:**

**Date: May 23, 2023**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 22-58327-BEM |
| Associated Oral Specialties, Inc., | |
| Debtor. | CHAPTER 11 |

**ORDER AND NOTICE OF HEARING**

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a hearing on Debtor's *Request for Voluntary Dismissal of Case* [Doc. 80] shall be held on **June 20, 2023**, at **11:00 AM,** COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA.

The hearing may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera

in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

**END OF ORDER**

2

**Distribution List**

Associated Oral Specialties, Inc.
5671 Peachtree Dunwoody Rd
Ste 420
Atlanta, GA 30342-5004

Milton D. Jones
Milton D. Jones, Attorney
12252 Styron Drive
Hampton, GA 30228

Leon S. Jones
Chapter 11 Subchapter V Trustee
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Ron C. Bingham, II
Adams and Reese, LLP
Suite 1600
3424 Peachtree Road, NE
Atlanta, GA 30326

George B. Green, Jr
Weinberg, Wheeler, Hudgins, Gunn & Dial
Ste 2400
3344 Peachtree Road, NE
Atlanta, GA 30326

ALL PARTIES AND CREDITORS.

3