**IT IS ORDERED as set forth below:**



**Date: July 28, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-58327-BEM |
| Associated Oral Specialties, Inc., | |
| Debtor. | CHAPTER 11 |

### NOTICE OF CONTINUED HEARING

IT IS ORDERED and NOTICE IS HEREBY GIVEN that the hearing on Debtor's *Request for Voluntary Dismissal of Case* [Doc. 80] is rescheduled to **September 7, 2023, at 10:30 AM,** COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA. This hearing will be in person.

**END OF ORDER**

**Distribution List**

Associated Oral Specialties, Inc.
5671 Peachtree Dunwoody Rd
Ste 420
Atlanta, GA 30342-5004

Milton D. Jones
Milton D. Jones, Attorney
12252 Styron Drive
Hampton, GA 30228

Leon S. Jones
Chapter 11 Subchapter V Trustee
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

George B. Green, Jr
Weinberg, Wheeler, Hudgins, Gunn & Dial
Ste 2400
3344 Peachtree Road, NE
Atlanta, GA 30326

ALL PARTIES AND CREDITORS.