UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | : | CHAPTER 11 |
|---|---|---|
|  | : |  |
| ASSOCIATED ORAL SPECIALTIES, INC., | : | CASE NO. 22-58327-BEM |
|  | : |  |
| DEBTOR. | : |  |

**UNITED STATES TRUSTEE'S EXHIBIT LIST**

Mary Ida Townson, United States Trustee for Region 21, pursuant to the Honorable barbara Ellis-Monro's Court's Order and Notice of Evidentiary Hearing (Docket Entry No. 87) the United States Trustee submits the Exhibits for the Evidentiary Hearing currently set for September 7, 2023, at 10:30 a.m., the United States Trustee's office and counsel of record reserves the right to Amend and /or add additional evidence as it becomes available.

| Exhibit Number | Document Description |
|---|---|
| 1. | Associated Oral Specialties, Inc Docket 22-58327-bem |
| 2. | Associated Oral Specialties, Inc Petition 22-58327(Dkt 1) |
| 3. | Associated Oral Specialties, Inc Schedules 22-58327 (Dkt 12) |
| 4. | Associated Oral Specialties, Inc 22-58327 (Plan 1-14-23) (Dkt 25) |
| 5. | Associated Oral Specialties, Inc 22-58327 (Amd Plan 3-1-23) (Dkt 59) |
| 6. | Associated Oral Specialties, Inc 22-58327 (Obj to Plan 3-1-23 (Dkt 57) |
| 7. | Associated Oral Specialties, Inc Docket19-50715-pwb |
| 8. | Associated Oral Specialties, Inc Petition & Schedules 19-50715 (filed 1-14-19) |
| 9. | Associated Oral Specialties, Inc 19-50715 Plan 7-17-19 (Dkt 68) |
| 10. | Associated Oral Specialties, Inc 19-50715 Disclosure Stmt 7-17-19 (Dkt 67) |
| 11. | Associated Oral Specialties, Inc 19-50715 Amd Plan 9-20-19 (Dkt 91) |
| 12. | Associated Oral Specialties, Inc 19-50715 Amd Disclosure Stmt 9-20-19 (Dkt 90) |
| 13. | Associated Oral Specialties, Inc 19-50715 Order Confirmation 11-22-19 (Dkt 103) |
| 14. | Associated Oral Specialties, Inc 19-50715 (July 2019 MOR) (Dkt 96) |
| 15. | Associated Oral Specialties, Inc 19-50715 (3rd Qtr 2020 QOR) (Dkt 118) |
| 16. | MOR 10-2022 (Dkt 19) |
| 17. | MOR 10-2022 (1st Amd) (Dkt 26) |
| 18. | MOR 10-2022 (2nd Amd) (Dkt 66) |

| 19. | MOR 10-2022 (3rd Amd – Bank Stmts) (Dkt 76) |
|---|---|
| 20. | MOR 11-2022 (Dkt 27) |
| 21. | MOR 11-2022 (1st Amd – Bank Stmts) (Dkt 75) |
| 22. | MOR 12-2022 (Dkt 68) |
| 23. | MOR 12-2022 (1st Amd – Bank Stmts) (Dkt 72) |
| 24. | MOR 01-2023 (Dkt 53) |
| 25. | MOR 01-2023 (1st Amd) (Dkt 69) |
| 26. | MOR 01-2023 (2nd Amd – Bank Stmts) (Dkt 74) |
| 27. | MOR 02-2023 (Dkt 70) |
| 28. | MOR 02-2023 (1st Amd – Bank Stmts) (Dkt 73) |
| 29. | Initial IDI Request Email to Debtor Atty |
| 30. | Chapter 11 SUBV Guidelines and Reporting Requirements |
| 31. | Certification of Receipt and Understanding OGRR |
| 32a. | Organizational Chart |
| 32b. | Organizational Chart (per Debtor) |
| 33. | Time Line |
| 34. | GA SoS Amalgamated Healthcare |
| 35. | Order Appt Receiver (1-25-22) |
| 36. | Civil-Criminal Contempt Order (3-14-22) |
| 37. | Order Business Records & Estate Assets (Receiver 4-28-22) |
| 38. | Amalgamated P&L (Dkt 51) |
| 39. | DentCorp Management (22-51283) Petition 2-15-22 |
| 40. | DentCorp Management (22-54412) Petition 6-9-22 |
| 41. | Associated Oral Specialties 2020 Federal Tax Return (source IDI) |
| 42. | Associated Oral Specialties 2020 Federal Tax Return (source Ch7TR) |
| 43. | 2021 Milestone Healthcare Systems Federal Tax Return |
| 44. | 2020 Dentcorp Mgmt Federal Tax Return |
| 45. | 2021 Dentcorp Mgmt Federal Tax Return |
| 46. | BOA5916 Amalgamated Stmts (May22-Feb23) |
| 46a. | BOA5916 – RAW – Amalgamated HC (May22-Feb23) |
| 46b. | BOA5916 – Amalgamated HC (Receipts) |
| 46c. | BOA5916 – Amalgamated HD (Transfers Out) |
| 46d. | BOA5916 – Amalgamated HD (Expenditures) |
| 47. | BOA9094 – Milestone Sandy Springs Stmts (Dec22-Feb23) |
| 47a. | BOA 9094 – RAW – Milestone Sandy Springs (Dec22-Feb23) |
| 47b. | BOA 9094 – Milestone SS (Receipts) |
| 47c. | BOA 9094 – Milestone SS (Receipts) |
| 48. | Email 2022 10 26 Email DA to RDE with little IDI attmts |
| 49. | Email 2022 10 27 Email DA response AOS has no funds-income |

| | |
|---|---|
| **50.** | Email 2022 11 23 RDE to DA Delinquent MOR & DIP Bank Accts |
| **51.** | Email 2022 11 27 DA – AOS funds deposited in Amalgamated |
| **52.** | Email 2022 12 14 RDE to DA re tax return issue |
| **53.** | Email 2022 12-28 RDE to DA noted AOS funds |
| **54.** | Email 2023 02 23 RDE to DA docs for Plan and IRS Stmts |
| **55.** | Email 2023 03 29 RDE to DA – MOR deficiencies |
| **56.** | AOS Transcript MRS Hearing |

Respectfully submitted this 27th day of August, 2023.

          MARY IDA TOWNSON
          UNITED STATES TRUSTEE
          REGION 21

          By:_____/s/_____
          Martin P. Ochs
          Georgia Bar No. 091608
          New York Bar No. MO-1203
          United States Department of Justice
          Office of the United States Trustee
          362 Richard Russell Building
          75 Ted Turner Drive SW
          Atlanta, Georgia 30303
          (404) 331-4509
          martin.p.ochs@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *United States Trustee's Objection to Confirmation of Debtor's Plan of Reorganization* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

| | |
|---|---|
| George B. Green, Jr: | ggreen@wwhgd.com |
| Samuel Richards: | sam.richards@arlaw.com |
| Jeremy McCullough: | jmccullough@jtm-law.com |
| Milton Jones: | miltondjonesatty@gmail.com |
| Leon Jones: | ljones@joneswalden.com |
| Greg Hays: | ghays@haysconsulting.net |

August 27, 2023

/s/
Martin P. Ochs
Georgia Bar No. 091608
New York Bar No. MO-1203
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov