**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| | **SUBCHAPTER V** |
| **ASSOCIATED ORAL SPECIATIES** | |
| **Debtors.** | **CASE NO.  22-58327-bem** |

**WITHDRAWAL OF REQUEST FOR**
**VOLUNTARY DISMISSAL OF CASE AND NO**
**OPPOSITION TO U.S. TRUSTEE'S MOTION TO**
**CONVERT CASE TO CHAPTER 7**

COMES NOW ASSOCIATED ORAL SPECIALITIES, Debtor herein and files this

WITHDRAWAL of Request for Dismissal of Case and NO OPPOSITION to U.S. Trustee's Motion

to Convert Case to Chapter 7.

RESPECTFULLY SUBMITTED**,** this 31st day of August 2023.

**/s/ Milton D. Jones**
**Attorney for Debtor**
**Georgia Bar No.**
**402541**
**PO Box 533**
**Lovejoy, GA 30250**
**770 899 8486**
**miltondjonesatty@**
**gmail.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| | **SUBCHAPTER V** |
| **ASSOCIATED ORAL** | |
| **SPECIALTIES, INC.** | |
| | **CASE NO.  22-58327-bem** |
| **Debtor** | |

CERTIFICATE OF SERVICE OF REQUEST FOR VOLUNTARY DISMISSAL OF CASE

The undersigned has served the attached WITHDRAWAL of Request upon the following

persons by email at the stated address:

Leon Jones – ljones@joneswalden.com

Ron Bingham – ron.bingham@arlaw.com

Martin Ochs - martin.p.ochs@usdoj.gov

George Green, Jr. – ggreenjr@wwhgd.com

As well as filed this Request through the Court's ECF System which will send notice to

all creditors listed on the mailing matrix.

Dated this 31st day of August 2023.

/s/Milton D. Jones
Counsel for debtor
GA State Bar No. 402541
PO Box 533
Lovejoy, GA 30250
770 899 8486
miltondjones@comcast.net

```
Label Matrix for local noticing        ADP                                      Associated Oral Specialties, Inc.
113E-1                                  400 W Covina Blvd                        5671 Peachtree Dunwoody Rd
Case 22-58327-bem                       San Dimas, CA  91773-2954                Ste 420
Northern District of Georgia                                                    Atlanta, GA 30342-5004
Atlanta
Wed Jun 28 14:22:22 EDT 2023

BHG Funding                             Ron C. Bingham II                       Citizens Bank
201 E Las Olas Blvd Ste 1110            Adams and Reese, LLP                    PO Box 1900
Fort Lauderdale, FL 33301-4434          Suite 1600                              Elizabethton, TN  37644-1900
                                        3424 Peachtree Road, NE
                                        Atlanta, GA 30326-1139

Citizens Bank                           Citizens Bank - Accliviy Financial      Dedicated Funding
c/o Ron C. Bingham, II, Esq.            PO Box 1900                             860 E 4500 S
Adams and Reese LLP                     Elizabethton, TN  37644-1900            Salt Lake City, UT 84107-3152
3424 Peachtree Road NE, Suite 1600
Atlanta, Georgia 30326-1139

Dentcorp Management                     Freddie J Wakefield                     Fultz Maddox Dickens
297 E Paces Ferry Rd NE                 789 Hammond Dr Apt 3303                 101 S Fifth Streer Fl 27
Atlanta, GA  30305-2671                 Atlanta, GA  30328-8160                 Louisville, KY  40201-3116

Georgia Revenue                         George B. Green Jr                      Internal Revenue Service
1800 Century Blvd NE                    Weinberg, Wheeler, Hudgins, Gunn & Dial P. O. Box 7346
Atlanta, GA 30345-3205                  Ste 2400                                Philadelphia, PA 19101-7346
                                        3344 Peachtree Road, NE
                                        Atlanta, GA 30326-4802

Internal Revenue Service                JP Morgan Chase Bank, N.A., Chase Record John Thompson, Jr
Centralized Insolvency                  Attn: Correspondence Mail \ Mail Code LA 3424 Peachtree Rd NE Ste 1600
PO Box 7346                             700 Kansas Ln                           Atlanta, GA  30326-1139
Phila, PA  19101-7346                   Monroe, LA  71203-4774

Milton D. Jones                         Leon S. Jones (Sub V Trustee)           LHT North America, LLC
Milton D. Jones, Attorney               Chapter 11 Subchapter V Trustee         353 N Clark St Ste 3300
12252 Styron Drive                      Jones & Walden LLC                      Chicago, IL  60654-4708
Hampton, GA 30228-4066                  699 Piedmont Ave NE
                                        Atlanta, GA 30308-1400

LHT North Atlant                        LHT North Atlanta                       LHT North Atlanta, LLC
Attn: Elizabeth Noland                  353 N Clark St Ste 300                  353 N. Clark Street, Ste. 3300
101 S 5th St Fl 27                      Chicago, IL  60654-4704                 Chicago, IL 60654-4708
Louisville, KY 40202-3067

LHT North Atlanta, LLC                  Vanessa A. Leo                          Jeremy T. McCullough
c/o Elizabeth B. Noland, Fultz Maddox Di Office of the United States Trustee     McCullough LLC
101 S. Fifth Street, 27th Floor         362 Richard B. Russell Building         1579 Monroe Dr., Suite 251
Louisville, KY 40202-3067               75 Ted Turner Drive SW                  Atlanta, GA 30324-5039
                                        Atlanta, GA 30303-3315

Martin P. Ochs                          (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR  Pawnee Leasing Corporation
Office of the U. S. Trustee             3801 AUTOMATION WAY                     c/o McCullough LLC
362 Richard Russell Federal Bldg.       STE 207                                 1579 Monroe Dr #251
75 Ted Turner Drive, SW                 FORT COLLINS CO 80525-5735              Atlanta, GA 30324-5039
Atlanta, GA 30303-3330
```

Samuel Richards
Adams and Reese LLP
Ste 1600
3424 Peachtree Road NE
Atlanta, GA 30326-1139

Ron C. Bingham
3424 Peachtree Rd NE Ste 1600
Atlanta, GA 30326-1139

SBA
233 Peachtree St NE Ste 300
Atlanta, GA  30303-1553

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Territorial Bank of Am Samoa
400 Northridge Rd Ste 1225
Atlanta, GA  30350-3357

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

U.S. Trustee
363 Richard Russell Bldg 75
Atlanta, GA  30301-3315

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Wallace Accounting
121 W Hickory St Ste 101
Denton, TX  76201-4195

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Pawnee Leasing Corporation
3801 Automation Way Ste 207
Fort Collins, CO  80525-5735

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Citizens Bank

(d)Leon S. Jones (Sub V Trustee)
Chapter 11 Subchapter V Trustee
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308-1400

(u)Pawnee Leasing Corporation

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42