| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Associated Oral Specialties, Inc.** | EIN **81–2508285** |
| | Name | |
| United States Bankruptcy Court **Northern District of Georgia** Court website: www.ganb.uscourts.gov | | Date case filed in chapter **11**   **10/17/22** |
| Case number:  **22–58327–bem** | | Date case converted to chapter **7**   **10/12/23** |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline            10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).  Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

The staff of the bankruptcy clerk's office cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| | | |
|---|---|---|
| **1.  Debtor's full name** | Associated Oral Specialties, Inc. | |
| **2.  All other names used in the last 8 years** | | |
| **3.  Address** | 5671 Peachtree Dunwoody Rd Ste 420 Atlanta, GA 30342–5004 | |
| **4.  Debtor's attorney** Name and address | Milton D. Jones Milton D. Jones, Attorney 12252 Styron Drive Hampton, GA 30228 | Contact phone 770–899–8486  Email: miltondjonesatty@gmail.com |
| **5.  Bankruptcy trustee** Name and address | Michael J. Bargar Rountree Leitman Klein & Geer LLC Century Plaza 2987 Clairmont Road, Suite 350 Atlanta, GA 30329 | Contact phone 404–410–1220 |
| **6.  Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Vania S. Allen Clerk of Court 1340 United States Courthouse 75 Ted Turner Drive SW Atlanta, GA 30303 | Office Hours:  8:00 a.m. – 4:00 p.m.  Court website: www.ganb.uscourts.gov  Contact phone 404–215–1000 |
| **7.  Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **November 15, 2023 at 08:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 807 186 1890, and Passcode 4173630937, OR call 1 (470) 924–8798**  For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.  Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.  If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

| 9. | Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                 Case No. 22-58327-bem

Associated Oral Specialties, Inc.                                                       Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                          User: bncadmin                                    Page 1 of 3

Date Rcvd: Oct 16, 2023                    Form ID: 309c                             Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | George B. Green, Jr, Weinberg, Wheeler, Hudgins, Gunn & Dial, Ste 2400, 3344 Peachtree Road, NE, Atlanta, GA 30326-4802 |
| aty | + | Jeremy T. McCullough, McCullough LLC, 1579 Monroe Dr., Suite 251, Atlanta, GA 30324-5039 |
| aty | + | Ron C. Bingham, II, Adams and Reese, LLP, Suite 1600, 3424 Peachtree Road, NE, Atlanta, GA 30326-1139 |
| aty | + | Samuel Richards, Adams and Reese LLP, Ste 1600, 3424 Peachtree Road NE, Atlanta, GA 30326-1139 |
| aty | + | Vanessa A. Leo, Office of the United States Trustee, 362 Richard B. Russell Building, 75 Ted Turner Drive SW, Atlanta, GA 30303-3315 |
| cr | | LHT North Atlanta, LLC, 353 N. Clark Street, Ste. 3300, Chicago, IL 60654-4708 |
| 24021696 | | ADP, 400 W Covina Blvd, San Dimas, CA 91773-2954 |
| 24021697 | + | BHG Funding, 201 E Las Olas Blvd Ste 1110, Fort Lauderdale, FL 33301-4434 |
| 24101559 | + | Citizens Bank, c/o Ron C. Bingham, II, Esq., Adams and Reese LLP, 3424 Peachtree Road NE, Suite 1600, Atlanta, Georgia 30326-1139 |
| 24021699 | | Citizens Bank - Accliviy Financial, PO Box 1900, Elizabethton, TN 37644-1900 |
| 24021700 | + | Dedicated Funding, 860 E 4500 S, Salt Lake City, UT 84107-3152 |
| 24021701 | | Dentcorp Management, 297 E Paces Ferry Rd NE, Atlanta, GA 30305-2671 |
| 24021702 | | Freddie J Wakefield, 789 Hammond Dr Apt 3303, Atlanta, GA 30328-8160 |
| 24021703 | | Fultz Maddox Dickens, 101 S Fifth Streer Fl 27, Louisville, KY 40201-3116 |
| 24021704 | + | Georgia Revenue, 1800 Century Blvd NE, Atlanta, GA 30345-3205 |
| 24021707 | | JP Morgan Chase Bank, N.A., Chase Record, Attn: Correspondence Mail / Mail Co, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 24021706 | | John Thompson, Jr, 3424 Peachtree Rd NE Ste 1600, Atlanta, GA 30326-1139 |
| 24021708 | | LHT North America, LLC, 353 N Clark St Ste 3300, Chicago, IL 60654-4708 |
| 24021709 | + | LHT North Atlant, Attn: Elizabeth Noland, 101 S 5th St Fl 27, Louisville, KY 40202-3067 |
| 24021710 | | LHT North Atlanta, 353 N Clark St Ste 300, Chicago, IL 60654-4704 |
| 24090236 | + | LHT North Atlanta, LLC, c/o Elizabeth B. Noland, Fultz Maddox Di, 101 S. Fifth Street, 27th Floor, Louisville, KY 40202-3067 |
| 24159522 | + | Pawnee Leasing Corporation, c/o McCullough LLC, 1579 Monroe Dr #251, Atlanta, GA 30324-5039 |
| 24021712 | | Ron C. Bingham, 3424 Peachtree Rd NE Ste 1600, Atlanta, GA 30326-1139 |
| 24021713 | | SBA, 233 Peachtree St NE Ste 300, Atlanta, GA 30303-1553 |
| 24021714 | | Territorial Bank of Am Samoa, 400 Northridge Rd Ste 1225, Atlanta, GA 30350-3357 |
| 24021715 | | U.S. Trustee, 363 Richard Russell Bldg 75, Atlanta, GA 30301-3315 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/Text: wakedmd@gmail.com | Oct 16 2023 20:25:00 | Associated Oral Specialties, Inc., 5671 Peachtree Dunwoody Rd, Ste 420, Atlanta, GA 30342-5004 |
| aty | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 16 2023 20:26:00 | Martin P. Ochs, Office of the U. S. Trustee, 362 Richard Russell Federal Bldg., 75 Ted Turner Drive, SW, Atlanta, GA 30303-3330 |
| aty | | Email/Text: miltondjonesatty@gmail.com | Oct 16 2023 20:25:00 | Milton D. Jones, Milton D. Jones, Attorney, 12252 Styron Drive, Hampton, GA 30228 |
| tr | + | EDI: BMJBARGAR | Oct 17 2023 00:08:00 | Michael J. Bargar, Rountree Leitman Klein & Geer LLC, Century Plaza, 2987 Clairmont Road, Suite 350, Atlanta, GA 30329-4435 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | | |

District/off: 113E-9 | User: bncadmin | Page 2 of 3
Date Rcvd: Oct 16, 2023 | Form ID: 309c | Total Noticed: 35

| | | Oct 16 2023 20:26:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 24021698 | Email/Text: bankruptcy@citizensbank24.com | | |
| | | Oct 16 2023 20:27:00 | Citizens Bank, PO Box 1900, Elizabethton, TN 37644-1900 |
| 24021705 | EDI: IRS.COM | | |
| | | Oct 17 2023 00:08:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Phila, PA 19101-7346 |
| 24021711 | Email/Text: bankruptcy@pawneeleasing.com | | |
| | | Oct 16 2023 20:25:00 | Pawnee Leasing Corporation, 3801 Automation Way Ste 207, Fort Collins, CO 80525-5735 |
| 24021866 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | |
| | | Oct 16 2023 20:26:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 24021716 | ## | Wallace Accounting, 121 W Hickory St Ste 101, Denton, TX 76201-4195 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| George B. Green, Jr | on behalf of Creditor LHT North Atlanta  LLC ggreen@wwhgd.com |
| Jeremy T. McCullough | on behalf of Creditor Pawnee Leasing Corporation jmccullough@jtm-law.com |
| Leon S. Jones (Sub V Trustee) | on behalf of Trustee Leon S. Jones (Sub V Trustee) ljones@joneswalden.com  jwdistribution@joneswalden.com |
| Martin P. Ochs | on behalf of U.S. Trustee United States Trustee martin.p.ochs@usdoj.gov |
| Michael J. Bargar | mbargar@rlkglaw.com GA67@ecfcbis.com;ecfbargar@rlkglaw.com;mbargar@ecf.courtdrive.com;emillerrlkg@ecf.courtdrive.com |
| Milton D. Jones | on behalf of Debtor Associated Oral Specialties  Inc. miltondjonesatty@gmail.com, mmajone14@gmail.com;G61681@notify.cincompass.com |
| Ron C. Bingham, II | |

District/off: 113E-9                                           User: bncadmin                                           Page 3 of 3
Date Rcvd: Oct 16, 2023                                        Form ID: 309c                                            Total Noticed: 35

on behalf of Creditor Citizens Bank ron.bingham@arlaw.com  lianna.sarasola@arlaw.com

Samuel Richards

on behalf of Creditor Citizens Bank linda.mesa@arlaw.com;lianna.sarasola@arlaw.com;sam.richards@arlaw.com

Vanessa A. Leo

on behalf of U.S. Trustee United States Trustee ustpregion21.at.ecf@usdoj.gov

TOTAL: 9