**UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**ASSOCIATED ORAL SPECIALTIES, INC.,**<br><br>**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 22-58327-bem** |

### NOTICE OF FINAL APPLICATION OF ATTORNEY FOR DEBTOR FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. § 330, DEADLINE TO OBJECT AND FOR HEARING

Milton D. Jones (the "Debtor's Attorney") files this ***Final Application of Debtor's Attorney for Compensation for Services Pursuant to 11 U.S.C. § 330*** (the "Application"). Pursuant to such Application, the Court is requested to allow and award compensation to the Debtor's Attorney as follows:

(1) Debtor's attorney will retain $5,262.00 and Debtor's Attorney will waive all other compensation owed to Debtor's Attorney.

Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk at Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303**, and serve a copy on the Debtor's Attorney, PO Box 533, Lovejoy, GA 30250, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**A hearing on the Application has been scheduled for December 6, 2023**. The Court will hold an initial telephonic hearing for announcements on the Application at the following number: **833-568-8864, Meeting ID 160 862 0914, at 11:00 a.m., in Courtroom 1402, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the

"Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

DATED this 29th day of October 2023

/s/ Milton D Jones  
Attorney for Debtor  
Georgia Bar No. 402541  
PO Box 533  
Lovejoy, Georgia 30250  
770 899 8486  
miltondjonesatty@gmail.com

**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>ASSOCIATED ORAL SPECIALTIES, INC.,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 22-58327-bem |

**FINAL APPLICATION OF DEBTOR'S ATTORNEY FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. § 330**

TO:   THE HONORABLE BARBARA ELLIS-MONRO JUDGE, U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

COMES NOW Milton D. Jones (hereinafter "Applicant" or "Debtor's Attorney"), and respectfully represents:

1. On October 17, 2022, Associated Oral Specialties, Inc. ("Debtor") filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code").

2. On October 27, 2022 (Doc. No. 13), Debtor's Attorney filed his Application to Employ.

3. Applicant makes this application for compensation for services pursuant to 11 U.S.C. § 330(a)(1) for the period beginning October 17, 2022 through October 11, 2023.

4. Applicant has performed all services required of Debtor's Attorney in this case.

Applicant has received no prior compensation for services rendered as Debtor's Attorney except a retainer in the amount of $5,262.00 prior to the filing of the case. Debtor's Attorney has not agreed to share any compensation awarded in this case with any person other than members of Applicant's law firm

5. The Debtor's Attorney has not entered into any agreement, written or oral, with any other person in interest or any attorney of any party in interest in this case for the purpose of fixing the amount of fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein.

6.  The time expended by the Applicant and the work performed by the Applicant, for the period for which this Application is made, is duly itemized and set forth in Exhibit "A" which is attached hereto and incorporated herein by this reference.

7.  The Applicant respectfully makes the following representations with regard to the 12-factor *Johnson v. Georgia Highway Express, Inc.* test (488 F.2d 714 (5th Cir. 1974)):

a)  <u>Time and Labor Required</u>:  The Applicant has expended a total of 101.50 hours through October 11,, 2023, at the following rate:

| Debtor's Attorney | Hourly Rate |
|---|---|
| Milton D. Jones | $450.00 |

b)  <u>Novelty and Difficulty of Questions Presented</u>: The Chapter 11 reorganization case involves the effort to reorganize a Chapter 11 business Debtor. Applicant shows that the novelty and difficulty of questions presented are those normally associated with a Chapter 11 bankruptcy case.

c)  <u>Skill Requisite to Perform Services Properly</u>: The Applicant respectfully represents that he has the skill requisite to perform trustee services heretofore rendered in a proper fashion.

d)  <u>The Preclusion of Other Employment Due to Acceptance of the Case</u>: The Applicant respectfully requests that the time expended by Applicant in connection with this case could have been devoted to other matters, but for the time demands placed upon the Applicant by his involvement in this case.

e)  <u>Customary Fee for the Type of Services Rendered</u>: The Applicant shows that all fees requested were generated by applying the Applicant's normal hourly billing rate to the number of hours actually expended. Applicant respectfully represents that the customary compensation for Debtor's Attorney services in connection with such a bankruptcy case is upon an hourly billing basis.

f)  <u>Whether Fee is Fixed or Contingent</u>: The Applicant's charges are subject to being

awarded by this Court under 11 U.S.C. § 330. The Fee is thus not truly fixed or contingent but has some characteristics of both.

g) <u>Time Limitations Imposed by Client or Other Circumstances</u>: The Applicant shows that many of the services rendered have been performed under exacting time limitations imposed by the nature of the case.

h) <u>Amount Involved and Results Obtained</u>: The Applicant has handled a number of issues as Debtor's Attorney. The Applicant has handled matters regarding the Debtor's creditors and estate administration.

i) <u>Experience, Reputation, and Ability of Attorneys</u>: The Applicant respectfully represents that he has had a significant amount of experience in bankruptcy cases in this District.

j) <u>Undesirability of the Case</u>: The Applicant respectfully represents this case was underfunded and thus, undesirable.

k) <u>Nature and Length of Professional Relationship with the Client</u>: The Applicant shows that he filed a Supplement to Application (Doc. No. 18, filed 11/27/2022) to make clear any prior relationships with persons/entities involved in this case.

l) <u>Awards in Similar Cases</u>: Applicant respectfully represents that his Application Is in keeping with similar applications for Chapter 11 compensation filed in bankruptcy cases within this district.

WHEREFORE, Milton D. Jones, Debtor's Attorney, prays for allowance and award of compensation as follows:

(1) He be allowed to retain $5,262.00, representing fees and waiving all other amount due to Debtor's Attorney.

.

This 29th day of October, 2023.

/s/ Milton D. Jones
Milton D. Jones
Attorney for Debtor
Georgia Bar No. 402541
PO Box 533
Lovejoy, GA 30250
770 899 8486
miltondjonesatty@gmail.co

*Milton D. Jones, Attorney*
*PO Box 533*
*Lovejoy, Georgia 30250*
*770 899 8486 (voice), 470 260 2311 (fax)*
*miltondjonesatty@gmail.com*

**EXHIBIT A**

October 28, 2023

Re:    Time Sheet for Associated Oral Specialties, Inc.
       Case No. 22-58327-BEM

FEES
(All entries are Milton D. Jones @ $450.00 per hour)

| DATE | SERVICE | TIME SPENT |
|---|---|---|
| 10/7/22 | Initial Consultation | 2.0 |
| 10/9/22 | Search UCC filing | 1.5 |
| 10/9/22 | Pull Financial Report | 1.5 |
| 1010/23 | review creditor invoices | 4.2 |
| 10/10/22 | review lawsuits and leases | 4.0 |
| 10/11/22 | begin transfer into BK Software | 3.0 |
| 10/12/22 | continue transfer into BK Software | 3.2 |
| 10/13/22 | produce draft of petition and scheds and send to client | 1.5 |
| 10/14/22 | review client additions and changes | 1.0 |
| 10/15/22 | input changes into BK Software | 1.5 |
| 10/16/22 | finalize for filing | 1.2 |
| 10/17/22 | file Chapter 11 case | 1.5 |
| 10/17/22 | Send notices to creditors | 1.6 |
| 10/20/22 | review initial requests from UST | 1.2 |
| 10/22/22 | gather and send requested docs to UST | 2.0 |
| 10/27/22 | file statements with Court (Small Business Statement of Operations, Summary of Cash Flow, Corporate Resolution) | 2.2 |
| 10/27/22 | Prepare and file Application to employ MDJ | 2.0 |

| Date | Description | Hours |
|---|---|---|
| 10/27/22 | initial debtor meeting with UST | 1.5 |
| 11/15/22 | review MFR from leasehold | 2.0 |
| 11/22/23 | review objection to MFR by Citizens bank | 1.5 |
| 11/27/22 | prepare/file supplement to application to employ MDJ | 1.4 |
| 11/28/22 | prepare/file MOR (October 2022) | 3.0 |
| 11/28/22 | research and prepare response to MFR | 4.5 |
| 11/29/22 | file response to MFR | 1.2 |
| 11/29/22 | hearing held for MFR | 3.0 |
| 12/13/22 | prepare/file motion out of time for status rpt | 0.8 |
| 12/20/22 | status report hearing | 0.5 |
| 1/10/23 | start Chapter 11 plan | 4.0 |
| 1/14/23 | complete Chapter 11 plan | 3.5 |
| 1/14/23 | file Chapter 11 plan | 1.5 |
| 1/16/23 | amend/prepare/file MOR (October and November) | 3.0 |
| 1/17/23 | prepare/file motion for cash collateral | 2.4 |
| 1/24/23 | prepare/file request for deadlines | 1.8 |
| 2/6/22 | prepare/file motion to extend time to accept lease | 1.9 |
| 2/7/22 | Hearing on assume lease | 0.7 |
| 2/24/22 | submit witness lists and docs for evidentiary hrg | 2.0 |
| 2/27/22 | MOR for AOS (January) | 3.0 |
| 3/01/22 | review objections to Chapter 11 plan | 2.5 |
| 3/1/22 | Amended Chapter 11 Plan filed | 3.2 |
| 3/1/22 | prepare/file discussion in support opposition to MFR | 4.2 |
| 3/2/22 | hearing held on MFR from leasehold | 5.0 |
| 3/15/23 | file summary of voting | 0.5 |
| 3/19/23 | 2nd amended chapter 11 plan | 3.5 |
| 3/19/23 | amended MOR (October) | 1.7 |
| 3/19/23 | amended MOR (November) | 1.6 |
| 3/19/23 | amended MOR (December) | 1.5 |

| Date | Description | Hours |
|---|---|---|
| 3/19/23 | amended MOR (January) | 1.5 |
| 3/19/23 | MOR (February) | 3.0 |
| 5/22/23 | motion filed for voluntary dismissal of case | 1.2 |
| 8/27/23 | review UST opposition to vol dis and exhibits | 8.0 |
| 8/27/23 | amend MOR's (Oct thru July) | 3.0 |
| 8/31/23 | w/d motion for vol dis | 0.3 |
| 9/5/23 | review UST motion to convert | 0.5 |

**TOTAL 101.5 hours at $450.00 per hour = $45,675.00**

**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE NORTHERN DISTRICT**
**OF GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| ASSOCIATED ORAL SPECIALTIES, INC. | Case No. 22-58327-BEM |
| Debtor. | |

## CERTIFICATE OF SERVICE

I certify that on October 30, 2023, I electronically filed the attached using the CM/ECF system which automatically sent email notification of such filing to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

I further certify that on that same day I caused the foregoing to be mailed via First Class Mail, postage prepaid, to the parties listed on the attached service list.

Dated:  October 30, 2023

Respectfully submitted,

/s/ Milton D. Jones
Attorney for Debtor
Georgia State Bar No. 402541
PO Box 533
Lovejoy, Georgia 30250
770 899 8486
miltondjonesatty@gmail.com

```
Label Matrix for local noticing        ADP                                    (p)ASSOCIATED ORAL SPECIALTIES   INC
113E-1                                  400 W Covina Blvd                      297 EAST PACES FERRY ROAD
Case 22-58327-bem                       San Dimas, CA  91773-2954              SUITE 1006
Northern District of Georgia                                                   ATLANTA GA 30305-2671
Atlanta
Sun Oct 29 17:53:59 EDT 2023

BHG Funding                             Michael J. Bargar                      Ron C. Bingham II
201 E Las Olas Blvd Ste 1110            Rountree Leitman Klein & Geer LLC      Adams and Reese, LLP
Fort Lauderdale, FL 33301-4434          Century Plaza                          Suite 1600
                                        2987 Clairmont Road, Suite 350         3424 Peachtree Road, NE
                                        Atlanta, GA 30329-4435                 Atlanta, GA 30326-1139


Citizens Bank                           Citizens Bank                          Citizens Bank - Accliviy Financial
PO Box 1900                             c/o Ron C. Bingham, II, Esq.           PO Box 1900
Elizabethton, TN  37644-1900            Adams and Reese LLP                    Elizabethton, TN  37644-1900
                                        3424 Peachtree Road NE, Suite 1600
                                        Atlanta, Georgia 30326-1139


(p)KYLE A  COOPER TRUSTEE               Dedicated Funding                      Dentcorp Management
120 TRAVERTINE TRAIL                    860 E 4500 S                           297 E Paces Ferry Rd NE
ALPHARETTA GA 30022-5194                Salt Lake City, UT 84107-3152          Atlanta, GA  30305-2671




Freddie J Wakefield                     Fultz Maddox Dickens                   Georgia Revenue
789 Hammond Dr Apt 3303                 101 S Fifth Streer Fl 27               1800 Century Blvd NE
Atlanta, GA  30328-8160                 Louisville, KY  40201-3116             Atlanta, GA 30345-3205




George B. Green Jr                      Internal Revenue Service               JP Morgan Chase Bank, N.A., Chase Record
Weinberg, Wheeler, Hudgins, Gunn & Dial Centralized Insolvency                 Attn: Correspondence Mail \ Mail Code LA
Ste 2400                                PO Box 7346                            700 Kansas Ln
3344 Peachtree Road, NE                 Phila, PA  19101-7346                  Monroe, LA  71203-4774
Atlanta, GA 30326-4802


John Thompson, Jr                       Milton D. Jones                        LHT North America, LLC
3424 Peachtree Rd NE Ste 1600           Milton D. Jones, Attorney              353 N Clark St Ste 3300
Atlanta, GA  30326-1139                 12252 Styron Drive                     Chicago, IL  60654-4708
                                        Hampton, GA 30228-4066


LHT North Atlant                        LHT North Atlanta                      LHT North Atlanta, LLC
Attn: Elizabeth Noland                  353 N Clark St Ste 300                 353 N. Clark Street, Ste. 3300
101 S 5th St Fl 27                      Chicago, IL  60654-4704                Chicago, IL 60654-4708
Louisville, KY 40202-3067



LHT North Atlanta, LLC                  Vanessa A. Leo                         Jeremy T. McCullough
c/o Elizabeth B. Noland, Fultz Maddox Di Office of the United States Trustee   McCullough LLC
101 S. Fifth Street, 27th Floor         362 Richard B. Russell Building        1579 Monroe Dr., Suite 251
Louisville, KY 40202-3067               75 Ted Turner Drive SW                 Atlanta, GA 30324-5039
                                        Atlanta, GA 30303-3315


Martin P. Ochs                          (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR   Pawnee Leasing Corporation
Office of the U. S. Trustee             3801 AUTOMATION WAY                    c/o McCullough LLC
362 Richard Russell Federal Bldg.       STE 207                                1579 Monroe Dr #251
75 Ted Turner Drive, SW                 FORT COLLINS CO 80525-5735             Atlanta, GA 30324-5039
Atlanta, GA 30303-3330
```

| | | |
|---|---|---|
| Samuel Richards<br>Adams and Reese LLP<br>Ste 1600<br>3424 Peachtree Road NE<br>Atlanta, GA 30326-1139 | Ron S. Bingham<br>3424 Peachtree Rd NE Ste 1600<br>Atlanta, GA 30326-1139 | SBA<br>233 Peachtree St NE Ste 300<br>Atlanta, GA 30303-1553 |
| Territorial Bank of Am Samoa<br>400 Northridge Rd Ste 1225<br>Atlanta, GA 30350-3357 | U.S. Trustee<br>363 Richard Russell Bldg 75<br>Atlanta, GA 30301-3315 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Wallace Accounting<br>121 W Hickory St Ste 101<br>Denton, TX 76201-4195 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Associated Oral Specialties, Inc.<br>5671 Peachtree Dunwoody Rd<br>Ste 420<br>Atlanta, GA 30342-5004 | Kyle A. Cooper<br>Kyle A. Cooper Trustee<br>120 Travertine Trail<br>Alpharetta, GA 30022 | Pawnee Leasing Corporation<br>3801 Automation Way Ste 207<br>Fort Collins, CO 80525-5735 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citizens Bank | (u)Pawnee Leasing Corporation | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     2<br>Total                   39 |